# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>IN THE MATTER OF THE SEARCH OF DROPBOX ACCOUNT OF USERNAME &QUOT;CHRIS YOUNG&QUOT;<br><br>Defendant(s). | CASE NUMBER:<br><br>8:17–mj–00232–DUTY<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   9/29/2017

Document Number(s):   3

Title of Document(s):   Search and Seizure Warrant Returned Executed

**ERROR(S) WITH DOCUMENT:**

Title page is missing.

No actions required. Please make a note for future filings.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: October 2, 2017        By:  /s/ *Denise Vo  Denise_Vo@cacd.uscourts.gov*
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**